Gussie P. CHAPMAN, Petitioner, v. COM-
MISSIONER OF INTERNAL REVE-
NUE, Respondent.

No. 12705.

United States Court of Appeals
Ninth Circuit.

Oct. 10, 1951.

Gussie P. Chapman, in pro. per.

Theron Lamar Caudle, Asst. Atty. Gen.,
Ellis N. Slack, A. F. Prescott, Louise Fos-
ter and Virginia Adams, Sp. Assts. to Atty.
Gen., for respondent.

Before MATHEWS, BONE and ORR,
Circuit Judges.

PER CURIAM.

On the grounds and for the reasons
stated in its opinion, 14 T.C. 943, the de-
cision of the Tax Court is affirmed.

UNITED STATES of America v. Oscar SIP-
LER, Monema Sipler, Appellants.

No. 10445.

United States Court of Appeals
Third Circuit.

Argued Oct. 5, 1951.

Decided Oct. 23, 1951.

Louis G. Feldmann, Wilkes-Barre, Pa.
(M. S. DePierro, Harry P. O'Neil, Jr.,
Wilkes-Barre, Pa., on the brief), for ap-
pellants.

Arthur A. Maguire, Scranton, Pa. (Jo-
seph P. Brennan, Asst. U. S. Atty., Scran-
ton, Pa., on the brief), for appellee.

Before McLAUGHLIN, STALEY and
HASTIE, Circuit Judges.

PER CURIAM.

The sole question here involved is wheth-
er there was abuse of discretion by the
Court below in refusing to reopen the judg-
ment in this case. We have gone over
the record and find no such abuse. The
judgment appealed from will be affirmed.
94 F.Supp. 987.

Louis Kenneth RISKEN, alias Sonny Risken,
Appellant, v. UNITED STATES of
America.

No. 14462.

United States Court of Appeals
Eighth Circuit.

Sept. 28, 1951.

E. P. Willcuts, Minneapolis, Minn., for
appellant.

C. U. Landrum, U. S. Atty., St. Paul,
Minn. and Miles W. Lord, Asst. U. S. Atty.,
St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and
dismissed for want of prosecution, on peti-
tion of appellee, etc.